# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED
FEB 28 2024

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Facebook account with the username "Blue Bottle Flea" and Facebook ID Number 100057544895997 that is stored at the premises controlled by Meta Platforms, Inc. )

Case No. 1:24mj29

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, fully incorporated by reference herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, fully incorporated by reference herein

**YOU ARE COMMANDED** to execute this warrant on or before __02/08/24__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __L. Patrick Auld__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __01/25/24; 12:03pm__

*Judge's signature*

City and state: Greensboro, NC

The Hon. L. Patrick Auld, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:24mj29 | Date and time warrant executed: 01.25.2024 1749 | Copy of warrant and inventory left with: META /META'S LAW ENFORCEMENT PORTAL |
| Inventory made in the presence of: JEREMY MAY | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

- DATA WAS ACCESSE AND DOWNLOADED ON 02.09.2024
- AMOUNT OF DATA DOWNLOADED WAS 12.3 MB

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02.22.2024

*Executing officer's signature*

RYAN BAKER, SPECIAL AGENT
*Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF ACCOUNTS TO BE SEARCHED

The warrant applies to information associated with the Facebook account with the username "Blue Bottle Flea" and Facebook ID Number 100057544895997 (SUBJECT ACCOUNT), that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from November 1, 2018, to January 19, 2024;

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from November 1, 2018, to January 19, 2024, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, advertising ID, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from November 1, 2018, to January 19, 2024, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account November 1, 2018, to January 19, 2024;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q) Records of any Facebook accounts that are linked to the account by machine cookies (meaning all Facebook user IDs that logged into Facebook by the same machine as the account); and

(r) All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within fourteen days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence, fruits, and instrumentalities of violations of the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"), 7 U.S.C. § 136 *et seq.*, as well as violations of 18 U.S.C. §§ 1341 (mail fraud) and 1343 (wire fraud), those violations involving MELISSA DAWN COX and occurring after November 1, 2018, and up through and including January 19, 2024, including, for each account or identifier listed on Attachment A, in the form of the following:

(a) Records referencing the production, distribution, and sale of an unregistered pesticide or unregistered pesticide product or a pesticide that was "misbranded," that is, a product bearing a false and misleading label, including but not limited to, sales information, sales receipts, customer information, shipping information and labels, for sale ads, pictures of items for sale, communications related to the purchase of Imidacloprid, cedar oil, sodium lauryl sulfate, lemongrass oil, and sesame oil, polyglyceryl oleate, glycerin, sodium chloride, ethyl lactate, sodium citrate, citric acid, and vitamin E;

(b) All communications with the North Carolina Department of Agriculture and Consumer Services referencing the pesticide program in North Carolina, including but not limited to, the issuance of registered pesticides numbers to pesticides being produced in the state and any enforcement actions;

(c) Evidence indicating how and when the Facebook account was accessed or used, at the time of the creation of the records or communications subject to seizure under this warrant; and

(d)    Records referencing the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).